■ In the Matter of NINA HALL, Respondent, v GORDON M. AMBACH, as Acting Commissioner of Education of the State of New York, Respondent, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.—Appeal from a judgment of the Supreme Court at Special Term, entered October 7,

1974 in Albany County, which, in a proceeding pursuant to CPLR article 78, declared subdivision 7 of section 2590-j of the Education Law unconstitutional, and directed that petitioner, a tenured teacher dismissed after a hearing, be reinstated to her position with back pay. We note that the statute has since been amended. (L 1975, ch 293 § 2.) Judgment, Supreme Court, Albany County, entered October 7, 1974, affirmed, without costs, on the opinion of Williams, J. Herlihy, P. J., Kane, Koreman, Main and Reynolds, JJ., concur.